| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | RACHELLE D. BARBOUR, #185395 |
| | Research & Writing Attorney |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | rachelle.barbour@fd.org916-498-5700/Fax 916-498-5710 |
| 5 | |
| | Attorney for Defendant |
| 6 | LAMIA DENISE HERBERT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. Cr.S. 13-278-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | Date: September 26, 2013 |
| LAMIA DENISE HERBERT, | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England |
| Defendant. | ) | |
| | ) | |
| | ) | |

LAMIA DENISE HERBERT by and through her counsel, RACHELLE BARBOUR, Research & Writing Specialist and MICHAEL McCOY, Assistant United States Attorney, hereby agree that the status conference set for September 12, 2013, be continued to September 26, 2013, at 9:00 a.m..

The reason for this continuance is that defense counsel needs additional time to continue further defense investigation and preparation.

This continuance is necessary for the ongoing preparation of counsel. The parties anticipate that this case will resolve without the need of a trial. Counsel, along with the defendant, agree that the time from September 12, 2013 through September 26, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in

a speedy trial.

DATED: September 10, 2013						Respectfully submitted,

								HEATHER E. WILLIAMS
								Federal Defender


								/s/ Rachelle D. Barbour
								RACHELLE D. BARBOUR
								Research & Writing Attorney
								Attorney for Defendant
								LAMIA DENISE HERBERT

DATED: September 10, 2013						BENJAMIN B. WAGNER
								United States Attorney


								/s/ Rachelle Barbour for Michael McCoy
								MICHAEL McCOY
								Assistant United States Attorney


O R D E R

IT IS HEREBY ORDERED that this matter is continued to September 10, 2013, at 9:00 a.m., for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from September 12, 2013 up to and including September 26, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS ORDERED.

Dated: September 12, 2013

								_____
								MORRISON C. ENGLAND, JR., CHIEF JUDGE
								UNITED STATES DISTRICT COURT